UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HADDONFIELD BOROUGH BOARD
OF EDUCATION,

        Plaintiff,

    v.

M.L. and T.N., *on behalf of* J.N.,

        Defendants.

No. 1:22-cv-04355

**ORDER**

**O'HEARN, District Judge.**

    This matter comes before the Court on Plaintiff Haddonfield Borough Board of Education's ("the Board") Complaint Seeking Interlocutory Appeal, (ECF No. 1), and the Court's previously-issued Order to Show Cause, directing the Board to show good cause why its Complaint should not be dismissed for lack of subject matter jurisdiction. (ECF No. 24). The Court did not hear oral argument pursuant to Local Rule 78.1. For the reasons set forth in this Court's corresponding Opinion,

    **IT IS HEREBY** on this   27th   day of   February  , 2023,

    **ORDERED** that the Board's Complaint Seeking Interlocutory Appeal, (ECF No. 1), is **DISMISSED** for lack of subject matter jurisdiction; and it is further

    **ORDERED** that all motions that remain pending in this matter are **DISMISSED AS MOOT**; and it is finally

**ORDERED** that the Clerk of the Court shall close this case.

                                              */s/ Christine P. O'Hearn*
**CHRISTINE P. O'HEARN**
**United States District Judge**